RECEIVED
IN MONROE, LA
AUG 5 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| FREDRICK SCOTT | CIVIL ACTION NO. 08-0504 |
| VS. | SECTION P |
| DEPT. OF PUBLIC SAFETY & CORRECTIONS | JUDGE JAMES |
| ET AL. | MAGISTRATE JUDGE HAYES |

*Consolidated With*

| | |
|---|---|
| FREDRICK SCOTT | CIVIL ACTION NO. 08-0505 |
| VS. | SECTION P |
| DETENTION CENTER, MOREHOUSE | JUDGE JAMES |
| PARISH, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and for seeking monetary damages against a defendant who is immune from suit, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 5 day of August, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE